

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE BRANDS LLC d/b/a WILDKIN,

Plaintiff,

- against -

EDCMAKER, an unknown Chinese business entity, d/b/a LUKEIGHT, and BINGSHUANG LU, an unknown individual,

Defendants.

21 Civ. 5278 (LLS)

ORDER

Plaintiff has filed a Complaint and Motion for Temporary Restraining Order and Preliminary Injunction. It appears that plaintiff has not yet served the defendants with either the Complaint or Motion.

Defendants' answering papers with respect to the Motion for Temporary Restraining Order and Preliminary Injunction shall be filed and served upon plaintiff's counsel within three weeks after service upon that defendant of the Complaint and notice of Motion.

Plaintiff's reply papers, if any, shall be filed and served on defendants within ten (10) days thereafter.

So Ordered.

Dated:  New York, New York
        July 1, 2021

                                               Louis L. Stanton
                                               LOUIS L. STANTON
                                                 U.S.D.J.