UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE BRANDS LLC d/b/a WILDKIN,

    Plaintiff,

        - against -

EDCMAKER, an unknown Chinese business entity, d/b/a LUKEIGHT, and BINGSHUANG LU, an unknown individual,

    Defendants.

21 Civ. 5278 (LLS)

ORDER

    Plaintiff Joe Brands LLC d/b/a Wildkin ("Joe Brands") moves pursuant to Federal Rule of Civil Procedure 55(b)(2) for a default judgment against defendants EdcMaker, d/b/a Lukeight, and Bingshuang Lu (together "defendants"), asserting claims of copyright infringement. The motion is denied for failure to comply with SDNY Local Rule 55.2(c), which requires Joe Brands to mail a copy of all papers submitted to the Court in support of its motion for default judgment to defendants and to file proof of that mailing with the Court.

    So Ordered.

Dated:    New York, New York
           May 5, 2023

                                      *Louis L. Stanton*
                                      LOUIS L. STANTON
                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/23