ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE BRANDS LLC d/b/a WILDKIN,

Plaintiff,

- against -

EDCMAKER, an unknown Chinese business entity, d/b/a LUKEIGHT, and BINGSHUANG LU, an unknown individual,

Defendants.

21 Civ. 5278 (LLS)

**DECLARATORY JUDGMENT AND INJUNCTION**

In accordance with its July 21, 2023 Opinion & Order, the Court ADJUDGES and DECLARES:

**INJUNCTION**

Defendants Edcmaker, doing business as Lukeight ("Lukeight"), and Bingshuang Lu ("Lu") and their officers, agents, servants, employees, successors and assigns and all persons acting in concert with or under the direction of Lu or Lukeight who receive notice of this injunction are permanently enjoined and restrained from: copying, selling, manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, and/or otherwise dealing with any product or products which display a pattern

1

that is confusingly or substantially similar to, identical to, and constitutes infringement of the Olive Kids Trains, Planes and Trucks Pattern, the copyright of which is owned by Wildkin.

## DECLARATION

Lu's Copyright Registration VAu001403833 of the Olive Kids Trains Planes and Trucks Pattern was at its inception, is now, and always has been invalid for lack of originality, being merely copy of Wildkin's senior registration and copyright.

So Ordered.

Dated:   New York, New York
         July 21, 2023

                                       *Louis L. Stanton*
                                       ──────────────────
                                       LOUIS L. STANTON
                                            U.S.D.J.

2