```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOE BRANDS LLC,                                             :
                                                            :    21-CV-5278 (LLS) (RWL)
                           Plaintiff,                       :
                                                            :
              - against -                                   :    ORDER
                                                            :
EDCMAKER et al,                                             :
                                                            :
                           Defendants.                      :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 21, 2023, this case was referred to me to conduct an inquest concerning Plaintiff's damages.  (Dkt. 32.)  By Order dated July 25, 2023, Plaintiff was directed to file its Proposed Findings of Fact and Conclusions of Law by August 28, 2023.  (Dkt. 35.)  Nothing has been filed.

Accordingly, the Court extends the filing deadline for Plaintiff to September 28, 2023.  If Plaintiff fails to timely file the requisite submission, the case may be dismissed for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2023
       New York, New York

Copies transmitted this date to all counsel of record.