**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JOE BRANDS LLC d/b/a WILDKIN,

                  Plaintiff,                  21 **CIVIL** 5278 (LLS)

     -against-                           **<u>JUDGMENT</u>**

EDCMAKER, an unknown Chinese business
Entity, d/b/a LUKELIGHT, and BINGSHUANG LU,
an unknown individual,

                  Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 19, 2023, after a careful review of Magistrate Judge Lehrburger's findings of fact and conclusions of law, the Court finds that he correctly concluded that plaintiff Joe Brands d/b/a Wildkin should recover statutory damages from defendants Edcmaker d/b/a Lukeight and Bingshuang Lu in the amount of $50,000.00. The time for objections to the Report and Recommendation has passed, and no objections were filed. Magistrate Lehrburger's Report and Recommendation is adopted in all respects. Judgment is entered for plaintiff in the amount of $50,000.00.

**Dated:** New York, New York

    December 20, 2023

                                                  **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                    **BY:**          *K. Mango*

                                                        **Deputy Clerk**