ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE BRANDS LLC d/b/a WILDKIN,

Plaintiff,

- against -

EDCMAKER, an unknown Chinese business entity, d/b/a LUKEIGHT, and BINGSHUANG LU, an unknown individual,

Defendants.

21 Civ. 5278 (LLS)

TURNOVER ORDER

Plaintiff Joe Brands, LLC, moves for a Forfeiture of Property to satisfy in part the $50,000 judgment entered against Defendants Edcmaker and Bingshuang Lu on December 19, 2023 (Dkt. No. 39), being held in Defendants' Amazon accounts. Amazon is holding $15,000 under a restraining order in Defendants' accounts pending further order from this Court.

Plaintiff's Motion for a Turnover Order was properly filed on June 21, 2024, pursuant to Fed. R. Civ. P. 69(a)(1) and N.Y. C.P.L.R. § 5225(b). Defendants have not filed a response or objection to the Motion, and it is therefore unopposed.

Accordingly, Plaintiff's Motion is granted, and the Court directs Amazon.com to pay Joe Brands, LLC the money it currently possesses in Defendants' accounts, up to a maximum of $50,000, in order to satisfy the judgment entered in this case.

So ordered.

Dated:    New York, New York
          October 17, 2024

                                    _____
                                      LOUIS L. STANTON
                                          U.S.D.J.

-1-