ORIGINAL

USD. SONY
DOCUMEN
ELECTRONICALLY FILED
DO
DATE FILED: 1/6/25

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOE BRANDS LLC., dba WILDKIN,

     Plaintiff,

v.

                                    Case No.: 1:21-cv-5278

EDCMAKER, an unknown Chinese            ~~(PROPOSED)~~ AMENDED     LLS
business entity, dba LUKEIGHT,                 TURNOVER ORDER
and BINGSHUANG LU, an unknown
individual,

     Defendants.

     Plaintiff JOE BRANDS LLC., (dba "WILDKIN"), moves for a Forfeiture of Property to satisfy in part the $50,000 judgement entered against Defendants Edcmaker and Bingshuang Lu on December 19, 2023 (Dkt. No. 39), being held in the Defendants' Amazon accounts. Amazon is also holding $15,000 under a restraining order in Defendants' accounts pending further order from this Court.

     Plaintiff's Motion for a Turnover Order was filed on June 21, 2024, pursuant to Fed. R. Civ. P. 69(a)(1) and N.Y C.P.L.R. § 5225(b). Plaintiff filed a Motion for an Amended Turnover order on December 30, 2024. The defendants have not filed a response or objection to the plaintiff's Motions.

     Plaintiff's Motion for an Amended Turnover Order is therefore granted, and the court directs Amazon.com to pay Joe Brands, LLC the money it currently possesses in the defendants'

accounts as identified below, up to a maximum of $50,000 in order to satisfy the judgement

entered in this case:

> **Business Name:** Jingchao Zhou
> **Seller ID:** A3ODZJGKCEVTRX
> **Marketplace ID:** ATVPDKIKX0DER

So ordered.

Dated: New York, New York

Jan. 6, 2025

_____
HON. LOUIS L. STANTON
U.S.D.J